**WHITEMAN OSTERMAN & HANNA LLP**
Attorneys at Law
www.woh.com

William S. Nolan
Partner
518.487.7773 phone
wnolan@woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600

March 24, 2021

**VIA ECF**

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    *Margaret Thurber v Finn Academy: An Elmira Charter School, et. al.*
             Case No. 6:20-cv-06152-EAW

Dear Judge Wolford:

    My firm represents Defendants Finn Academy: An Elmira Charter School and the Board of Trustees of Finn Academy: An Elmira Charter School in the above-referenced matter. I am writing to respectfully advise your Honor that Plaintiff has agreed to a one-week extension of Defendants' time to file and serve their answer to the remaining claims in the complaint, until April 1, 2021. As such, I respectfully request the Court's approval of this extension.

    Thank you for your time and attention to this matter.

                              Respectfully submitted,

                              /s/ *William S. Nolan*

                              William S. Nolan

cc:    VIA ECF
        Bryan J. Maggs, Esq. (bryan@maggslaw

**SO ORDERED**
*[signature]*
ELIZABETH A. WOLFORD
United States District Judge
Dated: March 24, 2021